No. 96–1116. AIRCRAFT BRAKING SYSTEMS CORP. *v.* LOCAL 856, INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1139. MORROW *v.* WINSLOW, JUDGE, DISTRICT COURT OF TULSA COUNTY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–1140. TARAPACKI *v.* NEW JERSEY REINSURANCE CO. Super. Ct. N. J., App. Div. Certiorari denied.

No. 96–1142. COLE ET UX. *v.* HUNTSVILLE MEMORIAL HOSPITAL ET AL. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 96–1146. VEMCO, INC. *v.* FEDERAL INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 96–1161. BARAKAT *v.* LIFE INSURANCE COMPANY OF VIRGINIA. C. A. 9th Cir. Certiorari denied.

No. 96–1198. FOLTICE *v.* GUARDSMAN PRODUCTS, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1202. VON GRABE *v.* ZIFF DAVIS PUBLISHING CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1221. JORDAN *v.* GOVERNING BOARD OF THE MARIN COMMUNITY COLLEGE DISTRICT. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 96–1222. CAUDLE ET AL. *v.* SEARS, ROEBUCK & CO. ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 96–1247. RICHARDSON *v.* BAKERY, CONFECTIONARY & TOBACCO WORKERS, LOCAL No. 26. C. A. 10th Cir. Certiorari denied.

No. 96–1256. KRAYTSBERG *v.* KRAYTSBERG. App. Ct. Mass. Certiorari denied.

No. 96–1259. MISSOURI *v.* FUTO. Ct. App. Mo., Eastern Dist. Certiorari denied.